# NOTICE OF DISHONOR

**NOTICE DATE:** Day Twenty Eight     Month  **RECEIVED**     Year  2013 C.E.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
Victoria Minor, CLERK
501 I Street #4-200
Sacramento, California 95814

**MAY 30 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Fourteen Month Five Year 2013 C.E. in reply to your Presentment "UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA Victoria Minor Clerk CLERK'S NOTICE, BB Deputy Clerk 5/3/13 revised 1/25/2010", "NATIONAL ARCHIVES AND RECORDS ADMINISTRATION 1985 REQUESTS BY MAIL OR FAX CIVIL AND CRIMINAL CASE FILES ONLY, Ver. Nov 2003" "Case File History".


I intend to look to you for payment or performance.

Sincerely,

*Charles Dennis Kiles*

Charles Dennis Kiles
c/o 12117-097
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California


cc:  NARA-Pacific Region ATTN: COPY REQUEST 1000 COMMODORE DRIVE SAN BRUNO California
     94006-2350


### CERTIFICATE OF MAILING

I, Charles Dennis Kiles, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit B at FCI Lompoc 3600 Guard Road Lompoc, California on Day Twenty Eight Month Five Year 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA OFFICE OF THE CLERK Victoria Minor, CLERK 501 I Street #4-200 Sacramento, California 95814.

*Charles Dennis Kiles*

Charles Dennis Kiles

Charles Kiles
12117-097
B D/o 8 U
Federal Correctional Institution
3600 Guard Road
Lompoc, CA. 93436